IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

In the matter of:                            :
                                             :        Chapter 13
BRIONE S. BANKS,                             :
                                             :        Case Number 17-52138-JPS
　　　　Debtors.                              :
_____              :

# NOTICE OF MOTION

NOTICE IS HEREBY GIVEN PURSUANT TO M.D. Ga. LBR 9004-1 AND 9007-1 THAT THE ABOVE NAMED DEBTOR HAS FILED PAPERS WITH THE COURT TO REOPEN HER BANKRUPTCY CASE.

**YOUR RIGHTS MAY BE AFFECTED.** **You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** **If not served with this Notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the Motion may be obtained upon written request to counsel for the Movant or at the Clerk's Office.**

If you do not want the Court to grant the relief requested in the debtor's Motion, or if you want the Court to consider your views on the Motion, then you or your attorney shall file with the Court a written objection or response on or before **MAY 18, 2018**, pursuant to FRBP 9006(f). If you are receiving this Notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Kyle George, Clerk
U.S. Bankruptcy Court
P.O. Box 1957
Macon, Georgia 31202
(478) 752-3506

**If an objection or response is filed, a hearing on the Motion shall be held on:**

**MAY 31, 2018** **AT** **9:30 A.M.** **IN** **COURTROOM A** **IN THE UNITED STATES BANKRUPCY COURT, 433 CHERRY STREET, MACON, GEORGIA 31201.**

If you mail your response or objection to the Court for filing, you shall send it early enough so the Court will **receive** the objection or response on or before the response date stated above.

Any response or objection must also be served on the Movant.

**If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.**

This Notice is sent by the undersigned pursuant to LBR 9004-1(c)(5)(B).

Dated: April 27, 2018.

                                                     s/ Calvin L. Jackson_____
                                                     Calvin L. Jackson
                                                     GA. State Bar Number 386072
                                                     Attorney for Debtor
                                                     P.O. Box 7221
                                                     Warner Robins, Georgia 31095
                                                     (478) 923-9611
                                                     cljpc@mgacoxmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| In the matter of: | : |
| | :    Chapter 13 |
| BRIONE S. BANKS, | : |
| | :    Case Number 17-52138-JPS |
| Debtors. | : |
| _____ | : |

## MOTION TO REOPEN CASE

COMES NOW BRIONE S. BANKS, debtor in the above-styled case, and files this her Motion to Reopen Case, respectfully showing the following:

1.

The debtor filed a Voluntary Petition for relief in this Court on October 4, 2017 under chapter 7. Walter W. Kelley was appointed Trustee.

2.

The Trustee filed a report of no assets on November 16, 2018. The debtor was granted a discharge and the case was closed by Final Decree dated January 16, 2018.

3.

The debtor shows that she had a pre-petition personal injury claim that should have been listed in her bankruptcy case and should be considered property of the estate. The debtor inadvertently omitted disclosing it. The debtor moves the Court to reopen her bankruptcy case so that this asset can be administered.

4.

Movant shows that this claim arose out of an automobile accident that occurred on or about March 20, 2017. There are medical bills resulting from this accident that total approximately $18,641.11, some of which may be subject to liens. There has been a tentative

settlement reached in this matter in the amount of $25,000.00. Said funds are being held in escrow by the debtor's personal injury attorney, James E. Lee, II, pending direction from the bankruptcy court and/or Trustee. Said settlement is related to liability coverage. There may be an additional claim against a UM carrier.

WHEREFORE, the debtor prays that the Court grant her Motion and reopen her chapter 7 case.

This 27th day of April, 2018.

/s/ Calvin L. Jackson
Calvin L. Jackson
GA. State Bar Number 386072
Attorney for Debtor
P.O. Box 7221
Warner Robins, Georgia 31095
(478) 923-9611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

In the matter of: :
: Chapter 13
BRIONE S. BANKS, :
: Case Number 17-52138-JPS
Debtors. :
_____ :

## CERTIFICATE OF SERVICE

    I, Calvin L. Jackson, hereby certify that I am over the age of 18 years and that on this day I served a copy of the within and foregoing Motion to Reopen Case and Notice of Motion on Walter Kelley, Chapter 7 Trustee, P.O. Box 70879, Albany, Georgia 31708, and on each of the creditors and parties listed on the attached Creditor Matrix by depositing the same in the U.S. Mail with sufficient postage attached thereto to ensure delivery to each of them at the addresses following their names.

    This 27th day of April, 2018.

                                              /s/ Calvin L. Jackson
                                              Calvin L. Jackson
                                              GA. State Bar Number 386072
                                              Attorney for Debtor
                                              P.O. Box 7221
                                              Warner Robins, Georgia 31095
                                              (478) 923-9611

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113G-5<br>Case 17-52138<br>Middle District of Georgia<br>Macon<br>Fri Apr 27 15:48:44 EDT 2018 | 433 Cherry Street<br>P.O. Box 1957<br>Macon, GA 31202-1957 | Advance Bureau of Collections<br>135 Lamar Street<br>Macon, Georgia 31204-3007 |
| All Credit Acceptance Co, LLC.<br>5604 Wendy Bagwell<br>Suite 923<br>Hiram, GA 30141-7819 | Any Credit Auto Sales<br>5561 Thomaston Road<br>Macon, GA 31220-8119 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Commercial Check Control<br>7250 Beverly Blvd.<br>Suite 200<br>Los Angeles, CA 90036-2560 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 | Dept of Education/Nelnet<br>121 S 13th Sreet<br>Lincoln, NE 68508-1904 |
| Durham & Durham, LLP<br>5665 New Northside Drive<br>Suite 510<br>Atlanta, Georgia 30328-4649 | Geico<br>4295 Ocmulgee E Blvd.<br>Macon, Georgia 31295-0002 | Halsted Fianncial<br>PO Box 828<br>Skokie, IL 60076-0828 |
| Houston Emergency Group, LLC<br>Mailstop 47034461<br>PO Box 660827<br>Dallas, Texas 75266-0827 | Houston Healthcare Complex<br>PO Box 2886<br>Warner Robins, Georgia 31099-2886 | Kohl's<br>N56 W 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051-7096 |
| Mid South Federal Credit Union<br>4810 Mercer University Drive<br>Macon, Georgia 31210-6247 | NelNet<br>121 S 13th Street<br>Lincoln, NE 68508-1922 | Pacific Park Apartments, Office<br>1205 Leverette Road<br>Warner Robins, GA 31088-0300 |
| Pinnacle Credit Services<br>PO Box 640<br>Hopkins, Minnesota 55343-0640 | RGLAssociates, Inc.<br>3536 Darien Highway<br>Brunswick , Georgia 31525-2401 | Robins FCU<br>803 Watson Blvd.<br>Warner Robins, Georgia 31093-3415 |
| Scott Rentals, LLC<br>143 Lake Pointe Drive<br>Warner Robins, GA 31088-7619 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | U.S. Trustee - MAC<br>440 Martin Luther King Jr. Boulevard<br>Suite 302<br>Macon, GA 31201-7987 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank USA<br>15000 Capital One Drive<br>Richmond , VA 23238 | Sprint<br>PO Box 4191<br>Carol Stream, Illinois 60197-4191 | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    0<br>Total              27 |