

**SO ORDERED.**

**SIGNED this 13 day of June, 2018.**

_____

**James P. Smith**
**Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **In Re:** ) | |
| ) | **Case No. 17-52138-JPS** |
| **BRIONE S. BANKS** ) | |
| ) | **Chapter 7** |
| **Debtor** ) | |

**CONSENT ORDER TO REVOKE DISCHARGE AND TO APPROVE**
**WAIVER OF DISCHARGE**

The United States Trustee filed a motion for the Court to enter an order revoking the Debtor's discharge in accordance with 11 U.S.C. § 727(d) and approving the Debtor's written waiver of discharge pursuant to 11 U.S.C. § 727(a)(10).  The Debtor, by and through counsel, having agreed that her previously received discharge in bankruptcy in this case should be revoked and the Debtor voluntarily having signed a waiver of discharge, it is

**ORDERED**, that the DISCHARGE of Brione S. Banks is revoked in this case; and it is further

**ORDERED,** that the Waiver of Discharge of Brione S. Banks is approved pursuant to 11 U.S.C. § 727(a)(10).

**END OF DOCUMENT**

Case 17-52138    Doc 40    Filed 06/13/18    Entered 06/14/18 09:01:58    Desc Main
Document    Page 2 of 2

17-52138-JPS
Banks
Consent Order on
Motion to Revoke Discharge and to Approve Waiver of Discharge

Consented to by:

/s/ Calvin L. Jackson
Calvin L. Jackson
GA Bar No. 386072
Attorney for Debtor
1259 Russell Parkway, Suite T
Warner Robins, GA 31088
(478) 923-9611
cljpc@mgacoxmail.com

Consented to and Order prepared by:

/s/Robert G. Fenimore
Robert G. Fenimore
Trial Attorney
GA Bar No. 205202
Office of the United States Trustee
440 Martin Luther King, Jr. Blvd
Suite 302
Macon, GA 31201
(478) 752-3545
robert.g.fenimore@usdoj.gov